```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0274--CV (JKS)
                  "GARY ROBERTS V U.S. GOVERNMENT ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/22/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (350) Motor vehicle
                    28:1346(B)(1)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 11/22/05 receipt # 00127130
          Trial by:
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ROBERTS, GARY | Leonard T. Kelley<br>Kelley & Canterbury<br>821 N Street, Suite 206<br>Anchorage, AK 99501<br>907-276-8185<br>FAX 907-279-3829 |
| DEF 1.1 | [T] UNITED STATES GOVERNMENT | No counsel found for this party! |
| DEF 1.2 | UNITED STATES OF AMERICA | No counsel found for this party! |
| DEF 2.1 | [T] DEPT OF HOMELAND SECURITY | No counsel found for this party! |
| DEF 3.1 | [T] GRIFFEE, ADAM | No counsel found for this party! |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0274--CV (JKS)
                       "GARY ROBERTS V U.S. GOVERNMENT ET AL"

                                  For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 11/22/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (350) Motor vehicle
                    28:1346(B)(1)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 11/22/05 receipt # 00127130
          Trial by:


Document #    Filed      Docket text

      1 -  1  11/22/05   Complaint filed; Summons issued.

  NOTE -  1  11/28/05    Issued: Summons re D1.2

      2 -  1  11/28/05   PLF 1 Complaint (Amended).
```