DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY ROBERTS, | ) Case No. 3:05-cv-274-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **SCHEDULING AND PLANNING** |
| vs. | ) **CONFERENCE REPORT** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties report as follows:

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on January 31, 2006 and was attended by:

Leonard Kelley, attorney for the plaintiffs.

Susan Lindquist, attorney for defendant United States.

The parties recommend the following:

2.  **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

   G have been exchanged by the parties

   X will be exchanged by the parties by **March 28, 2006.**

Preliminary witness lists

   G have been exchanged by the parties

   X will be exchanged by the parties by **March 28, 2006**

3.  **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Issues:

1.  Did Mr. Griffee use due care when entering the intersection?
2.  Did Mr. Roberts use due care in entering the intersection?
3.  What are Mr. Robert's damages?

Factual Disputes:

4.  **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

   A.  Discovery will be needed on the following issues:

   The issues stated above.

   B.  All discovery commenced in time to be completed by **December 29, 2006.**

   C.  Interrogatories.

      X    No change from F.R.Civ.P. 33(a)

         Maximum of (<u>number</u>) Interrogatories by each party to any other party. Responses due in (<u>number</u>) days.

   D.  Requests for Admissions.

      No change from F.R.Civ.P. 36(a).

          X      Maximum of **30** requests. Responses due in **30** days.

    E.    Depositions.

          X      No change from F.R.Civ.P. 30(a), (d).

               Maximum of (<u>number</u>) depositions by each party.

          G      Depositions not to exceed **6** hours unless extended by agreement of all parties.

    F.    Reports from retained experts.

        Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

          G      Reports due:

               From plaintiff **September 7, 2006**

               From defendant **October 5, 2006**

G.    Supplementation under F.R.Civ.P. 26(e) due at 30-day intervals.

5.    **Pretrial Motions**.

    X    No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    Motions addressing matters specified in F.R.Civ.P. 12(b) to be filed not later than (<u>date</u>).

    Motions to amend pleadings or add parties to be filed not later than (date).

G    Motions under the discovery rules must be filed not later than **January 31, 2007**.

G    Motions in limine and dispositive motions must be filed not later than **January 31, 2007.**

6.    **Other Provisions**:

A.    X  The parties do not request a conference with the court before entry of the scheduling order.

B. The parties request a pretrial conference in **March 2007**

C. Settlement:

    G    Likely

    G    Unlikely

    X    Can not be evaluated at this time.

D. Alternative Dispute Resolution.

    G    This matter is not considered a candidate for court-annexed alternative dispute resolution.

    X    The parties will file a request for court-annexed alternative dispute resolution not later than **January 31, 2007**

E. The parties do not consent to trial before a magistrate judge.

7. **Trial**.

A. The matter will be ready for trial:

    X    45 days after the discovery close date.

          not later than (<u>date</u>).

B. The matter is expected to take 2 days to try.

C. Jury Demanded: X  No (FTCA case, no jury allowed).

RESPECTFULLY SUBMITTED this 23rd day of February 2006,

KELLEY & CANTERBURY

s/ Leonard T. Kelley (consent)
821 N. Street, Suite 206
Anchorage, AK 99501
Phone: (907) 276-8185
Fax: (907) 279-3829
E-mail: kelleyandkelley@acsalaska.net
AK #7605039

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Asst. U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on Leonard T. Kelley.

s/ Susan J. Lindquist