Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska  99501
Tel:  (907) 276-8185
Fax:  (907) 279-3829
Email:  kelleyandkelley@acsalaska.net
Alaska Bar No. 7605039

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GARY ROBERTS, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Defendant. | ) |
| _____ | ) Case Number A05-00274 CV (JKS) |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

COMES NOW the plaintiff, Gary Roberts, by and through his attorney, Kelley & Canterbury, LLC., and hereby submits the following preliminary witness list:

1.     Gary Roberts, Plaintiff
   c/o Kelley & Canterbury, LLC.
   821 "N" Street, Suite 206
   Anchorage, Alaska  99501
   (907) 276-8185

2.     Tiffany Roberts, Plaintiff's wife
   c/o Kelley & Canterbury, LLC.
   821 "N" Street, Suite 206
   Anchorage, Alaska  99501
   (907) 276-8185

3.  Adam Griffee, Defendant's employee
    c/o United States Attorney's Office
    222 W. 7th Avenue, #9
    Anchorage, Alaska 99513
    (907) 271-5071

4.  Officer Symonds (non-retained expert)
    Anchorage Police Department
    4501 S. Bragaw Street
    Anchorage, Alaska 99507
    (907) 786-8500
        Investigating Officer.

5.  U.S. Department of Homeland Security
    c/o United States Attorney's Office
    222 W. 7th Avenue, #9
    Anchorage, Alaska 99513
    (907) 271-5071
        Adam Griffee's employer and owner of vehicle Adam Griffee operated.

6.  Alaska Regional Hospital
    Dr. R. Keith Winkle and Dr. Paul Sims (non-retained experts)
    Dr. Lester B. Lewis and Dr. Julee Holayter, radiologists (non-retained experts)
    2801 Debarr Road
    Anchorage, Alaska 99508
    (907) 264-1255
        Plaintiff's treating emergency room medical providers.

7.  HealthSouth Diagnostics
    Dr. Harold F. Cable (non-retained expert)
    4100 Lake Otis Parkway, Suite 102
    Anchorage, Alaska 99508
    (907) 550-6160
        Plaintiff's treating medical provider; MRI radiologist.

8.  Wal-Mart Pharmacy
    3101 A Street
    Anchorage, Alaska 99503
        Records custodian to authenticate pharmacy records.

9.  Mitchell Chiropractic Clinic
    Mark A. Mitchell, D.C. (non-retained expert)
    P.O. BOX 241786
    Anchorage, Alaska 99524
    (907) 562-1511
        Plaintiff's treating medical provider.

10. Alaska Spine Institute (formerly Rehabilitation Medicine)
    Dr. Larry A. Levine (non-retained expert)
    3801 University Lake Drive
    Anchorage, Alaska  99508
    (907) 563-8876
      Plaintiff's treating medical provider.

11. Launsbury & Associates, Inc.
    723 W. 6th Avenue
    Anchorage, Alaska  99501
    (907) 272-5451
      Plaintiff's employer at the time of the subject wreck.

12. Tony Chevrolet of Anchorage
    Probably Tony Tokin
    9100 Old Seward Highway
    Anchorage, Alaska  99515
    (907) 365-8612
      Prepared a property damage estimate of Plaintiff's vehicle.

13. Chaz Limited Collision Express
    Probably Geoff Erwin, General Manager
    1801 E. 5th Avenue
    Anchorage, Alaska  99501
    (907) 792-2504
      Prepared a property damage total loss letter regarding Plaintiff's vehicle.

14. Paul Ingram, Plaintiff's friend
    2414 Lord Baranof Road
    Anchorage, Alaska  99517
    Tel:  (907) 727-8271
      Before-and-after witness.

15. Matt Sarasin, Plaintiff's friend
    4201 North Star Street
    Anchorage, Alaska  99503
    Tel:  (907) 770-9159
      Before-and-after witness.

16. State of Alaska
    John Feero – supervisor
    550 W. 7th Avenue, Suite 1210
    Anchorage, Alaska  99501
    (907) 269-8878
      Plaintiff's former employer.

17. Geneva Woods
    501 W. International Airport Road
    Anchorage, Alaska  99503
    (907) 565-6100
       Plaintiff's current employer.

18. Any and all witnesses listed on Defendant's witness list.

19. Any and all witnesses obtained through the course of discovery.

20. Any and all witnesses necessary to authenticate documents.

21. Any and all expert witnesses.

22. Any and all rebuttal witnesses.

   Dated this 29th day of March, 2006.

                                    KELLEY & CANTERBURY, LLC.
                                    Attorneys for Plaintiff Roberts

                                    BY:  s/ Leonard T. Kelley
                                    Leonard T. Kelley
                                    821 "N" Street, Suite 206
                                    Anchorage, Alaska  99501
                                    Phone:  (907) 276-8185
                                    Email:  kelleyandkelley@acsalaska.net
                                    Alaska Bar No. 7605039

*Certificate of Service*
I hereby certify that on March 29, 2006, a true and correct copy of the foregoing Preliminary Witness List was served electronically on Susan J. Lindquist.

BY:  s/ Leonard T. Kelley