Leonard T. Kelley
Kelley & Canterbury, LLC.
821 "N" Street, Suite 206
Anchorage, Alaska  99501
Tel:  (907) 276-8185
Fax:  (907) 279-3829
Email:  kelleyandkelley@acsalaska.net
Alaska Bar No. 7605039

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ ) | Case Number A05-00274 CV (JKS) |

## PLAINTIFF'S FINAL WITNESS LIST

COMES NOW the plaintiff, Gary Roberts, by and through his attorney, Kelley & Canterbury, LLC., and hereby submits the following final witness list:

1. Gary Roberts, Plaintiff
   c/o Kelley & Canterbury, LLC.
   821 "N" Street, Suite 206
   Anchorage, Alaska  99501
   (907) 276-8185

2. Tiffany Roberts, Plaintiff's wife
   c/o Kelley & Canterbury, LLC.
   821 "N" Street, Suite 206
   Anchorage, Alaska  99501
   (907) 276-8185

3. Adam Griffee, Defendant's employee
   c/o United States Attorney's Office
   222 W. 7th Avenue, #9
   Anchorage, Alaska  99513
   (907) 271-5071

4. Officer Symonds (non-retained expert)
   Anchorage Police Department
   4501 S. Bragaw Street
   Anchorage, Alaska  99507
   (907) 786-8500
       Investigating Officer.

5. U.S. Department of Homeland Security
   c/o United States Attorney's Office
   222 W. 7th Avenue, #9
   Anchorage, Alaska  99513
   (907) 271-5071
       Adam Griffee's employer and owner of vehicle Adam Griffee operated.

6. Alaska Regional Hospital
   Dr. R. Keith Winkle and Dr. Paul Sims (non-retained experts)
   Dr. Lester B. Lewis and Dr. Julee Holayter, radiologists (non-retained experts)
   2801 Debarr Road
   Anchorage, Alaska  99508
   (907) 264-1255
       Plaintiff's treating emergency room medical providers.

7. HealthSouth Diagnostics
   Dr. Harold F. Cable (non-retained expert)
   4100 Lake Otis Parkway, Suite 102
   Anchorage, Alaska  99508
   (907) 550-6160
       Plaintiff's treating medical provider; MRI radiologist.

8. Wal-Mart Pharmacy
   3101 A Street
   Anchorage, Alaska  99503
       Records custodian to authenticate pharmacy records.

9.  Mitchell Chiropractic Clinic
    Mark A. Mitchell, D.C. (non-retained expert)
    P.O. BOX 241786
    Anchorage, Alaska  99524
    (907) 562-1511
    Plaintiff's treating medical provider.

10. Alaska Spine Institute (formerly Rehabilitation Medicine)
    Dr. Larry A. Levine (non-retained expert)
    3801 University Lake Drive
    Anchorage, Alaska  99508
    (907) 563-8876
    Plaintiff's treating medical provider.

11. Launsbury & Associates, Inc.
    723 W. 6th Avenue
    Anchorage, Alaska  99501
    (907) 272-5451
    Plaintiff's employer at the time of the subject wreck.

12. Tony Chevrolet of Anchorage
    Probably Tony Tokin
    9100 Old Seward Highway
    Anchorage, Alaska  99515
    (907) 365-8612
    Prepared a property damage estimate of Plaintiff's vehicle.

13. Chaz Limited Collision Express
    Probably Geoff Erwin, General Manager
    1801 E. 5th Avenue
    Anchorage, Alaska  99501
    (907) 792-2504
    Prepared a property damage total loss letter regarding Plaintiff's vehicle.

14. Paul Ingram, Plaintiff's friend
    2414 Lord Baranof Road
    Anchorage, Alaska  99517
    Tel:  (907) 727-8271
    Before-and-after witness.

15. Matt Sarasin, Plaintiff's friend
    4201 North Star Street
    Anchorage, Alaska  99503
    Tel:  (907) 770-9159
    Before-and-after witness.

16. State of Alaska
    John Feero – supervisor
    550 W. 7th Avenue, Suite 1210
    Anchorage, Alaska  99501
    (907) 269-8878
        Plaintiff's former employer.

17. Geneva Woods
    501 W. International Airport Road
    Anchorage, Alaska  99503
    (907) 565-6100
        Plaintiff's current employer.

18. Representative of the State of Alaska
    Dept. of Labor and Workforce Development
    Division of Worker's Compensation
    PO BOX 25512
    Juneau, Alaska  99802-5512

19. Wayne and Laverne Ristig
    1407 Marten Street
    Anchorage, Alaska  99504
    (907) 770-9183
        Witnesses re: knowledge of ownership/transfer of vehicle Plaintiff operated.

20. Any and all witnesses listed on Defendant's witness list.

21. Any and all witnesses obtained through the course of discovery.

22. Any and all witnesses necessary to authenticate documents.

23. Any and all expert witnesses.

24. Any and all necessary rebuttal witnesses, expert, and otherwise.

    Dated this 6th day of November, 2006.

                                KELLEY & CANTERBURY, LLC.
                                Attorneys for Plaintiff Roberts

                                BY:  s/ Leonard T. Kelley
                                Leonard T. Kelley
                                821 "N" Street, Suite 206
                                Anchorage, Alaska  99501
                                Phone:  (907) 276-8185
                                Email:  kelleyandkelley@acsalaska.net
                                Alaska Bar No. 7605039

*Certificate of Service*
I hereby certify that on November 6, 2006, a true and correct copy of the foregoing Final Witness List was served electronically on Susan J. Lindquist.

BY:  s/ Leonard T. Kelley