NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| GARY ROBERTS,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:05-cv-274-JKS<br><br>**UNITED STATES' NON-OPPOSED MOTION FOR AN EXTENSION OF TIME FOR SCHEDULING DEADLINES** |

The United States of America, through counsel, moves non-opposed for a

two month extension of time on the deadlines remaining in this case.  This is the

parties' first request for an extension of time.  Additional time is needed to discuss

settlement and take depositions for trial.  The parties agree that the new deadlines

for litigation should be:

November 30, 2006          Final Revised Witness List
December 29, 2006          Expert Disclosure
February 28, 2007          Discovery closes
March 30, 2007             Motions: dispositive, under the discovery rules
                           and in limine

            RESPECTFULLY SUBMITTED November 6, 2006, in Anchorage, Alaska.

                                   NELSON P. COHEN
                                   United States Attorney

                                   s/ Susan J. Lindquist
                                   222 West 7th Ave., #9, Rm. 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-3378
                                   Fax: (907) 271-2344
                                   E-mail: susan.lindquist@usdoj.gov
                                   AK #9008053


I hereby certify that on November 6, 2006,
a copy of the foregoing **UNITED STATES' NON-OPPOSED**
**MOTION FOR AN EXTENSION OF TIME FOR SCHEDULING DEADLINES**
 was served
electronically on Leonard T. Kelley.


s/ Susan J. Lindquist


Roberts v. US
3:05-cv-274-JKS
                              -2-