IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| GARY ROBERTS, | ) | Case No. 3:05-cv-274-JKS |
| | ) | |
| Plaintiff, | ) | [Proposed] |
| | ) | **ORDER GRANTING AN** |
| vs. | ) | **EXTENSION OF TIME OF THE** |
| | ) | **SCHEDULING DEADLINES** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States moved unopposed for an extension of time of the deadlines in the Scheduling and Planning Order. The motion is granted and the new deadlines are as follows:

| | |
|---|---|
| November 30, 2006 | Final Revised Witness List |
| December 29, 2006 | Expert Disclosure |
| February 28, 2007 | Discovery closes |
| March 30, 2007 | Motions: dispositive, under the discovery rules and in limine |

DATE:  _____

James K Singleton
United States District Court Judge