IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY ROBERTS, | )  Case No. 3:05-cv-274-JKS |
| | ) |
| Plaintiff, | ) |
| | )  **ORDER GRANTING AN** |
| vs. | )  **EXTENSION OF TIME OF THE** |
| | )  **SCHEDULING DEADLINES** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The United States moved unopposed for an extension of time of the deadlines in the Scheduling and Planning Order.   The motion is granted and the new deadlines are as follows:

| | |
|---|---|
| November 30, 2006 | Final Revised Witness List |
| December 29, 2006 | Expert Disclosure |
| February 28, 2007 | Discovery closes |
| March 30, 2007 | Motions: dispositive, under the discovery rules and in limine |

DATE: November 14, 2006         /s/James K. Singleton, Jr.
                                                James K.  Singleton, Jr.
                                                United States District Court Judge