NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY ROBERTS,<br><br>          Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:05-cv-274-JKS<br><br><br><br><br><br>**STIPULATION TO DISMISS**<br>**CASE WITH PREJUDICE** |

The parties, through counsel, stipulate to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1) (ii).  The parties are to bear their own costs and fees.

RESPECTFULLY SUBMITTED November 30, 2007, in Anchorage, Alaska.

        s/Michaela Kelley Canterbury (consent)
        Kelley & Canterbury, LLC

        NELSON P. COHEN
        United States Attorney

        s/Susan Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2007, a copy of the foregoing **STIPULATION TO DISMISS CASE WITH PREJUDICE** was served electronically on Michael Kelley Canterbury.

s/ Susan J. Lindquist