IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY ROBERTS, | ) Case No. 3:05-cv-274-JKS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) **ORDER TO DISMISS WITH** |
| Defendant. | )    **PREJUDICE** |
| | ) |
| | ) |

Based upon the government's stipulation to dismiss the case with prejudice,

it is so ordered.  The case is DISMISSED WITH PREJUDICE with each party to

bear its own costs, expenses and fees.

  December 3, 2007          ___/s/James K. Singleton, Jr.___
       (DATE)             James K. Singleton, Jr.
                         United States District Court Judge